Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
Suite 914
San Francisco, CA 94104
Phone: 415.651.1951
Email: mark@aoblawyers.com

Attorney for Plaintiff Simone Sadri Shaghafi

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*DATED: 8/5/2015*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SIMONE SADRI SHAGHAFI,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC, a Delaware corporation and DEPARTMENT STORES NATIONAL BANK,<br><br>　　　　Defendants. | CASE NO. 5:15-cv-00874-EJD<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

　　　　Plaintiff Simone Sadri Shaghafi, by counsel, Defendant Trans Union, LLC ("Trans Union"), by counsel, and Defendant Department Stores National Bank ("DSNB"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's claims against Trans Union and DSNB may be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(A)(ii).   The Clerk shall close this file. All deadlines and hearings are terminated.

Date: July 6, 2015

　　　　　　　　　　　　　　　　　*Mark F. Anderson*
　　　　　　　　　　　　　　　　　Mark F. Anderson  (44787)
　　　　　　　　　　　　　　　　　Anderson, Ogilvie & Brewer, LLP
　　　　　　　　　　　　　　　　　235 Montgomery Street, Suite 914
　　　　　　　　　　　　　　　　　San Francisco, CO  94104
　　　　　　　　　　　　　　　　　Telephone:  415-651-1951
　　　　　　　　　　　　　　　　　Fax:  415-956-3233
　　　　　　　　　　　　　　　　　E-Mail:  mark@aoblawyers.com

　　　　　　　　　　　　　　　　　*Counsel for Simone Sadri Shaghafi*

Date: July 6, 2015          *Terri R. Brown*
Terri R. Brown, Esq.  (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

Date: July 6, 2015          /s/ *Jeffrey A. Topor*
Jeffrey A. Topor (SBN 195545)
Simmonds & Narita LLP
44 Montgomery Street
Suite 3010
San Francisco, CA 94104-4816
Telephone: 415.283.1000
Fax: 415.352.2625
Attorneys for DSNB

## FILER ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attests under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: July 6, 2015.      /s/ *Mark F. Anderson*

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION – 5:15-CV-00874-EJD**
Page 2 of 2